**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MIGUEL ANGEL GARZA-GUERRA,** | : | |
| | : | |
| Petitioner | : | **CIVIL ACTION NO. 3:23-0445** |
| | : | |
| v. | : | **(JUDGE MANNION)** |
| | : | |
| **R. THOMPSON, WARDEN,** | : | |
| | : | |
| Respondent | | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1.  The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2.  The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:  May 16, 2023**
23-0445-01-ORDER